**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 85 MM 2017
:
Respondent :
:
:
:
v. :
:
:
:
RONMEL WILLIAMS, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of August, 2017, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. A Petition for Allowance of Appeal is due within 30 days of this order.